PHILIP R. SELLINGER
United States Attorney
FRANCES C. BAJADA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESTEFANIA BERMUDEZ, | HON. JOHN MICHAEL VAZQUEZ |
| *Plaintiff,* | Civil No. 22-1948 (JMV)(AME) |
| v. | |
| UNITED STATES OF AMERICA, ET AL., | **CONSENT ORDER VACATING DEFAULT ENTERED AGAINST ZUFALL HEALTH CENTER, INC. AND THERESA THOMAS, M.D. AND STIPULATION OF DISMISSAL WITH PREJUDICE** |
| *Defendants.* | |

This matter having been opened to the Court by Philip R. Sellinger, United States Attorney, Frances C. Bajada, Assistant United States Attorney, attorneys for Defendants United States of America, Zufall Health Center, Inc.,[1] and Theresa Thomas, M.D., for an order vacating default entered on February 25, 2022, on behalf of Plaintiff Estefania Bermudez against Defendants Zufall Health Center, Inc. and Theresa Thomas, M.D. in the action filed in the Superior Court of New Jersey, Law Division, Civil Part, Morris County, Civil No. MRS-L-1881-21, and dismissing the above-entitled Action, Civil No. 22-1948 (JMV)(AME), with prejudice against all Defendants to the action, pursuant to Federal Rule of Civil Procedure 41,

---

[1] Neither the Complaint filed on September 3, 2021, nor the First Amended Complaint filed on December 2, 2021, include the correct name for Zufall Health Center, Inc.

1

and the Court having reviewed the application and for good cause, particularly the consent of all parties to the Action;

**IT IS** on this __19th__ day of April 2022:

**ORDERED** that the default entered against Zufall Health Center, Inc. and Theresa Thomas, M.D. is hereby vacated; and it is further

**ORDERED** that this Action is hereby dismissed with prejudice as to all Defendants to the Action, pursuant to Federal Rule of Civil Procedure 41.

_____
JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

We hereby consent to the form and
entry of the within Consent Order
and Stipulation of Dismissal.

By: *s/Marc D. Serra*
MARC D. SERRA, ESQ.
Attorney for Plaintiff Estefania Bermudez

By: *s/Justin F. Johnson*
JUSTIN F. JOHNSON, ESQ.
MARSHALL DENNEHEY
Attorney for Defendants St. Clare's Dover Hospital
and St. Clare's Denville Hospital

PHILIP R. SELLINGER
United States Attorney

By: *s/Frances C. Bajada*
FRANCES C. BAJADA
Assistant United States Attorney
Attorneys for Defendants United States of America,
Zufall Health Center, Inc., and Theresa Thomas, M.D.